UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-242** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL RICHARDS,** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Denise Clark, at telephone number (202) 353-8213 and/or email address . Denise.Clark@usa.usdoj.gov Denise Clark will substitute for Assistant United States Attorney Amy Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

---

DENISE CLARK
Assistant United States Attorney
Federal Major Crimes, Bar No. 479149
555 4th Street, NW, Room 4840
Washington, DC 20530
(202) 353-8213