UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-242-01-02(EGS) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL DANIEL RICHARDS | : | |
| also known as Paul Solomon | : | |
| also known as Wayne | : | |
| DONNIE SMITH | : | |
| Defendant. | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Martin Dee Carpenter, Bar Number 431-211, telephone number (202) 514-7063 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Martin Dee Carpenter
ASSISTANT UNITED STATES ATTORNEY
Bar No. 431-211
555 4th Street, N.W., Room 4828
Washington, DC 20530
(202) 514-7063

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was field and served electronically mail to counsel for defendant Michael Richards, Brian McDaniel this 13th day of October, 2006.

_____
Martin Dee Carpenter
ASSISTANT UNITED STATES ATTORNEY