UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No. 05-242(ES) |
| : | |
| MICHAEL DANIEL RICHARDS, Et. Al. : | |
| Defendant. : | Hearing Date: Dec. 7, 2006 |

### ORDER

This matter came before the Court on the Government's motion for joinder of indictments, defendants, and offenses. Upon consideration of that motion, it is by the Court this _____ day of December, 2006.

ORDERED, that the Government's motion be, and the same hereby is GRANTED.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case.  SO ORDERED.

_____
JUDGE, United States District Court for the
District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Attorney Joanne D.Slaight
Email: jslaight@att.net

Clerk of the Court
United States District Court
for the District of Columbia