UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. )  Criminal No. 05-242 (EGS)
)
Michael Richards )
          Defendant. )
)

### O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house __Michael Richards__ at Central Treatment Facility until further Order of this Court.

3/23/07
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE