UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RICHARDS, *et al.*,<br><br>Defendants. | Criminal Action No. 05-242 (EGS) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RICHARDS, *et al.*,<br><br>Defendants. | Criminal Action No. 06-306 (EGS) |

### ORDER

Pursuant to the status hearing held on May 30, 2007, it is by the Court hereby

**ORDERED** that the government and defendants shall file any motions by no later than **June 1, 2007**; responses shall be filed by no later than **June 15, 2007**; replies, if any, shall be filed no later than **June 29, 2007**; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **June 21, 2007 at 10:00 a.m.**

SO ORDERED.

Signed:  Emmet G. Sullivan
United States District Judge
May 31, 2007