UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No. 05-242 (EGS) |
| : | |
| MICHAEL DANIEL RICHARDS, Et. Al. : | |
| Defendant. : | Hearing Date: June 21, 2007 |

### ORDER

This matter came before the Court on the Government's motion for an order of protection from the defendants claims of ineffectiveness of counsel based on their defense counsel not moving to exclude the oral and video taped statements of Defendant Miles. This Court finds that the defendants in this case will not be allowed to claim ineffectiveness of counsel based on the matters raised in the Government's motion and the entire record of this case. Upon consideration of that motion, it is by the Court this _____ day of June, 2007.

ORDERED, that the Government's motion be, and the same hereby is GRANTED.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case. SO ORDERED.

_____
EMMENT G. SULLIVAN
JUDGE, United States District Court for the
District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Attorney Joanne D. Slaight
Email: jslaight@att.net

Clerk of the Court
United States District Court
for the District of Columbia