## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.  05-242  (EGS)** |
| | **:** | |
| **MICHAEL DANIEL RICHARDS, Et. Al.** | **:** | |
| **Defendant.** | **:** | **Hearing Date:  June 21, 2007** |

### ORDER

Based on the representations in the Government's motion to admit FRE 404B evidence and for good cause shown, it is hereby Ordered that the Government's motion, is hereby GRANTED, this _____ day of June, 2007.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case.  SO ORDERED.

_____

EMMENT G. SULLIVAN
JUDGE, United States District Court for the
District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile  (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Attorney Joanne D.Slaight
Email: jslaight@att.net

Clerk of the Court
United States District Court
for the District of Columbia