UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                       ) Criminal Action No. 05-242 (EGS) <br> ) <br> MICHAEL RICHARDS, *et al.*, ) <br> ) <br> Defendants.             ) | **FILED** <br> JUN 2 1 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

ORDER

In view of the June 5, 2007 Superseding Indictment in Criminal Case No. 06-306, which appears to incorporate all of the charges from the June 23, 2005 Indictment in Criminal Case No. 05-242, it is by the Court hereby

**ORDERED** that the government shall show cause by no later than **June 29, 2007** why the June 23, 2005 Indictment in Criminal Case No. 05-242 should not be dismissed.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          June 21, 2007

(N)