UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-242 (EGS) |
| ) | |
| MICHAEL RICHARDS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

On June 21, 2007, the United States was ordered to show cause by June 29, 2007 why the Indictment in the above-captioned case should not be dismissed in view of the June 5, 2007 Superseding Indictment in Criminal Case No. 06-306, which appears to incorporate all of the charges from the Indictment in Criminal Case No. 05-242. The United States has failed to respond to the Order to Show Cause as of the date indicated below. Accordingly, it is by the Court hereby

**ORDERED** that the June 23, 2005 Indictment in Criminal Case No. 05-242 is dismissed and the case shall be closed. All further proceedings related to the Superceding Indictment in Criminal Case No. 06-306 shall be docketed in that case only.

**Signed:**  Emmet G. Sullivan
United States District Judge
July 26, 2007